UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  80 CV 2711 (NG)
RICHARD BECKER,

                    **Plaintiff,**

     -against-                                      **ORDER**

INTERNAL REVENUE SERVICE,

                    **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       Plaintiff moves for reconsideration of this court's order, dated April 26, 2006, denying plaintiff's motion to reopen this 26 year old case. Since plaintiff fails to set forth any matters or decisions not taken into account by the court's April 26, 2006 order, the motion for reconsideration is denied. *See* Local Civil Rule 6.3.

                                                                       **SO ORDERED.**

                                                              /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: Brooklyn, New York
        June 2, 2006